[Cite as *In re L.A.W.*, 2019-Ohio-1950.]

# IN THE COURT OF APPEALS

# ELEVENTH APPELLATE DISTRICT

# PORTAGE COUNTY, OHIO

| | | |
|---|---|---|
| IN THE MATTER OF: L.A.W. | : | **O P I N I O N** |
| | : | |
| | | **CASE NO. 2018-P-0067** |
| | : | |

Civil Appeal from the Portage County Court of Common Pleas, Juvenile Division, Case No. 2017 JCA 00770.

Judgment: Dismissed.

*Victor V. Vigluicci*, Portage County Prosecutor, and *Pamela J. Holder*, Assistant Prosecutor, 241 South Chestnut Street, Ravenna, Ohio 44266 (For Appellee).

*Neil P. Agarwal*, 3732 Fishcreek Road, #228, Stow, Ohio 44224-4379 (For Appellant).

THOMAS R. WRIGHT, P.J.

{¶1} Appellant, L.A.W., appeals imposition of his previously suspended 90-day sentence for delinquency. Appellant has served the entirety of his sentence. The appeal is therefore dismissed as moot.

{¶2} Appellant identifies collateral consequences resulting from the delinquency finding but fails to identify any collateral consequences flowing from the appealed order imposing the suspended sentence. Notably, the original order finding appellant to be delinquent and sentencing him is not subject to this appeal.

{¶3} The burden is on appellant to demonstrate some collateral consequences

resulting from *revocation of probation and imposition of the suspended sentence. State v. Wilson*, 41 Ohio St.2d 236, 325 N.E.2d 236 (1975); *State v. Leister*, 6th Dist. Lucas No. L 89-328, 1990 WL 162613 (Oct. 26, 1990), *2. Appellant has not demonstrated any and a favorable disposition could not restore the time already served. *Wilson; Leister; State v. Presutti,* 5th Dist. Tuscarawas No. 2002 AP 12 0098, 2003-Ohio-4478, ¶12-13.

{¶4}   The appeal is therefore dismissed as moot.


TIMOTHY P. CANNON, J.,

MATT LYNCH, J.,

concur.